WR-83,664-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/23/2015 12:28:42 PM
Accepted 12/23/2015 1:02:55 PM
ABEL ACOSTA
CLERK

# CELIA M. SAMS
## ATTORNEY AT LAW
### P.O. Box 775
### Rowlett, TX  75030-0775
### Phone:  214-587-7495
### Fax:  1-866-214-4350
### Email:  celiamsams@gmail.com

RECEIVED
COURT OF CRIMINAL APPEALS
12/23/2015
ABEL ACOSTA, CLERK

December 23, 2015

**Honorable Judges Of The Court Of Criminal Appeals**
**Court of Criminal Appeals**
**P.O.Box 12308, Capital Station**
**Austin, Texas 78711**

**Attn: 11.07 Writs**

*Re:*     *Request for Extension relating to Ex Parte Daniel Maples*

   *Trial Court No W99 00670, WR--- WR-83,664-01*

   **To the Honorable Judges of the Court of Criminal Appeals:**

   The purpose of this letter is to request additional time to complete the findings of fact and conclusions of law in this matter.

   As court writ master I have been working diligently on this investigation, however need additional time due to the reasons previously stated in my letter of November 17.  In addition I have the following concerns: The Findings of Fact and Conclusions of Law are almost complete, and are expected to be complete tomorrow.  However the logistics of presenting the paperwork to the District Court for signature on Christmas Eve or Christmas Day are difficult, as the judge expects to be out of town by the time I can make them available to the Court.

   I expect to be able to present the Findings to the Court by Monday, December 28, 2015, and therefore, request four additional days to complete proposed findings of fact and conclusions of law, and allow the trial court time to review and approve them for submission to this Court.

   If you have any questions please contact me.

   Thank you.

                              Very truly yours,

                              "s"  Celia M. Sams

                              Celia M. Sams

As Writ Master for
Judge Dominique Collins
Criminal District Court #4